IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY ALLEN REVAK,

    Petitioner,                  No. CIV S-00-1685 LKK JFM P

    vs.

R. Q. HICKMAN, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 12, 2005, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'"  <u>Jennings v. Woodford</u>,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether the trial court committed sentencing error; (2) whether petitioner's right to due process and notice of the charges against him was violated by the imposition of a sentencing enhancement; (3) whether the trial court violated petitioner's right to present a defense when it excluded evidence bearing on the credibility of the victim; (4) whether the trial court erred when it refused to grant petitioner access to confidential information from two state agencies regarding the victim's children; and (5) whether the trial court improperly granted petitioner's motion to represent himself.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: September 16, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/revak1685.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.